UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-61374-civ-Dimitrouleas/Seltzer

TARVOROUS DARRYL HAWKINS,

        Plaintiff,
v.

STEAK N SHAKE INC.,

        Defendant.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b), Plaintiff, TARVOROUS DARRYL HAWKINS, and Defendant, STEAK N SHAKE INC., hereby file this proposed Joint Scheduling Report.

**I.**    **Appropriate Case Management Track**

The parties believe this case should be placed on the "expedited track" as described in Local Rule 16.1(a)(2)(A).

**II.**    **Organization of Discovery**

The parties recommend that discovery be conducted as set out in the Fed.R.Civ.P., and Local Rule 26.1, S.D. Fla. L.R.

**(A)** **Detailed Discovery Schedule**

The parties have discussed voluntary disclosures pursuant to S.D. Fla. L.R. 26.1. The parties agree to make voluntary disclosures in accordance with Local Rule 26.1 under each of these categories within 30 days of the Court's issuance of a scheduling order.

**Plaintiff will disclose the following:**

a.) The names of each individual likely to have discoverable information, identifying the subjects of the information;

b.) all documents in Plaintiff's possession that are relevant to the disputed facts and all documents which Plaintiff contemplates using in support of Plaintiff's claims; and

c.) a description of all damages being sought in the action, as determined at that time, and all documents which support such claims.

**Defendant will disclose the following:**

a.) The names of each individual likely to have discoverable information, identifying the subjects of the information; and

b.) all documents in its possession that are relevant to the disputed facts and all documents which defendant contemplates using in support of the allegations in its answer.

c.) The existence of insurance coverage applicable to this matter.

The parties will complete all expert discovery **12 weeks** before the filing of the pretrial stipulation.

Plaintiff will furnish to the Defendant an expert witness list along with the summaries/reports required by Local Rule 16.1.K. within **l8 weeks** before the filing of the pretrial stipulation and shall make those experts available for deposition thereafter.

Defendant will furnish to Plaintiff its rebuttal expert witness list along with the summaries/reports required by Local Rule 16.1K within **14 weeks** prior to the filing of the pretrial stipulation and shall make those experts available for deposition thereafter.

**III.** **Mandatory areas of discussion as required by the local rules**

    **(A)** **The likelihood of settlement**

The parties have discussed the possibility of settlement and are endeavoring to resolve the case. Defendant is convinced that this matter will not settle. Plaintiff remains optimistic and will continue to make efforts to reach an amicable resolution with Defendant.

    **(B)** **The likelihood of appearance of additional parties**

It is possible that additional parties may be added to this action.

    **(C)** **Proposed limits on the time**

        **(i)** To join other parties and to amend the pleadings

            \*    Plaintiff's proposed date:    October 28, 2018

            \*    Defendant's proposed date:    August 31 2018

        **(ii)** To file and hear motions

            \*    Plaintiff's proposed date:    March 17, 2019

            \*    Defendant's proposed date:    February 18, 2019

        **(iii)** To complete discovery

            \*    Plaintiff's proposed date:    February 25, 2019

            \*    Defendant's proposed date:    January 25, 2019

    **(D)** **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses and the number and timing of motions for summary judgment or partial summary judgment**

The parties shall meet prior to the date of the Court ordered Pretrial Conference to agree on as many facts and issues as possible, in order to simplify the matters to be considered by the Court.  Avoidance of frivolous claims or defenses will be handled in the same manner as Rule 11 of the Federal Rules of Civil Procedure so proscribes.

**(E)     The necessity or desirability of amendments to the pleadings**

It is possible that additional parties may be added to this action.

**(F)     The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence**

The Parties agree to attempt to stipulate concerning the authenticity and admissibility of documentary evidence to be offered at trial.  The parties shall utilize the required joint pretrial stipulation for this purpose.

**(G)     Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties agree to attempt to stipulate concerning the authenticity and admissibility of documentary evidence to be offered at trial.  The parties shall utilize the required joint pretrial stipulation for this purpose.

**(H)     Suggestions on the advisability of referring matters to the Magistrate Judge or Master**

The parties acknowledge that discovery issues are routinely assigned to the magistrate judge for disposition.  Otherwise, none at this time.

**(I)** **<u>A preliminary estimate of the time required for trial</u>**

The parties believe that a four (4) day trial is probably appropriate given the facts of this case.

**(J)** **<u>Requested date or dates for conferences before trial, a final pretrial conference and trial</u>**

    (i)    Mediation Cut-off

        Plaintiff's proposed date:    December 27, 2018

        Defendant's proposed date:    November 27, 2018

    (ii)    Conferences before trial

        Plaintiff's proposed date:    June 4, 2019

        Defendant's proposed date:    May 6, 2019

    (iii)    A final pretrial conference

        Plaintiff's proposed date:    June 18, 2019

        Defendant's proposed date:    May 20, 2019

    (iv)    Trial

        Plaintiff's proposed date:    June 25, 2019

        Defendant's proposed date:    May 27, 2019

The parties will comply with the dates set forth in the Court's Order.

**(K)** **<u>Any other information that might be helpful to the Court in setting the case for status or pretrial conference</u>**

None at this time.

Respectfully submitted by,

| | |
|---|---|
| Koz Law, P.A. | Ogletree, Deakins, Nash, |
| 320 S.E. 9th Street | Smoak & Stewart, P.C. |
| Fort Lauderdale, Florida 33316 | 100 North Tampa Street, Suite 3600 |
| Tel: (786) 924-9929 | Tampa, Florida 33602 |
| Fax: (786) 358-6071 | Tel: (813) 289-1247 |
| Email: ekoz@kozlawfirm.com | Fax: (813) 289-6530 |
| | Email: bob.mccormack@ogletree.com |
| | |
| */s/ Elliot A. Kozolchyk* | */s/J. Robert McCormack* |
| Elliot A. Kozolchyk, Esq. | J. Robert McCormack, Esq. |
| Bar No.: 74791 | Bar No.: 864791 |
| Counsel for Plaintiff | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 29, 2018 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                            Respectfully submitted,

                                            Koz Law, P.A.
                                            320 S.E. 9th Street
                                            Fort Lauderdale, Florida 33316
                                            Phone: (786) 924-9929
                                            Fax:    (786) 358-6071
                                            Email: ekoz@kozlawfirm.com

                                            */s/ Elliot A. Kozolchyk*
                                            Elliot Kozolchyk, Esq.
                                            Bar No.: 74791

**SERVICE LIST**

J. Robert McCormack, Esq.
Ina F. Young, Esq.
*Counsel for Defendant*
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Tel: (813) 289-1247
Fax: (813) 289-6530
Email: bob.mccormack@ogletree.com

                                                                                            35151202.1