**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-61374-civ-Dimitrouleas/Seltzer

TARVOROUS DARRYL HAWKINS,

    Plaintiff,

v.

STEAK N SHAKE INC.,

    Defendant.

_____/

**<u>SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1(B)</u>**

THIS CAUSE having come to the attention of the Court by the parties in the above-styled action based upon the mandates of Local Rule 16.1(B), this Court enters the following scheduling order, and it hereby ORDERED AND ADJUDGED as follows:

(a) This cause shall be assigned to the Standard Case Management Track pursuant to Local Rule 16.1(A)(b) for discovery and the Standard Track for Trial;

(b) The discovery schedule as agreed upon by the parties shall be completed by _____.

(c) the parties shall have until _____ to seek amendments to their pleadings and/or add additional parties.

(d) All pretrial motions shall be filed by no later than _____.

(e) All pretrial motions filed in accordance with paragraph (d) above shall be resolved by the Court no later than by _____;

(f) Each party may conduct up to 10 depositions unless the parties agree otherwise or leave of Court is requested to exceed the taking of 10 depositions.

(g) All deadlines not specifically referenced herein but agreed to by the parties as referenced in their Joint Scheduling Report and/or mandated by local and/or federal rules of civil procedure are hereby adopted and incorporated in this order herein.

(h) The pretrial conference shall be held at _____(a.m./p.m.), on _____;

(i) The trial of this cause shall be held before this Court on _____, at _____(a.m./p.m.), and shall proceed for a period of up to ten (10) days.

(j) Upon good cause, any party may move the Court upon notice to modify or change this scheduling order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2018.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record